# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2020

161127

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* R.J. WHISMAN, Minor.

SC: 161127
COA: 349933
St Joseph CC Family Division:
2013-001005-NA

_____/

On order of the Court, the application for leave to appeal the February 18, 2020 judgment of the Court of Appeals is considered. We DIRECT petitioner Department of Health and Human Services to answer the application for leave to appeal within 28 days after the date of this order. We further invite the child's lawyer-guardian ad litem, Laurie Ann Hines, to answer the application for leave to appeal within the same time period.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2020



Clerk

s0724p